CONCETTA FRICANO, Appellant, v. RUSSELL G. MARSHALL and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant, and CHARLES POLAKOFF, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY OF PROVIDENCE, RHODE ISLAND, Appellant, and BERT TULCHINSKY, Defendant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, and BERT TULCHINSKY, Defendant. — Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. MILWAUKEE MECHANICS INSURANCE COMPANY, Appellant, Impleaded with Others.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant, Impleaded with Others.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant, Impleaded with Others.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

FLOYD B. DAVIS, as Sole Administrator of LLOYD GARWOOD DAVIS, Deceased, Appellant, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

WALTER R. BALDING, Respondent, v. ANTONIO M. D'APRILE, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CHESS & WYMOND COMPANY, Respondent, v. MARTIN D. BUCKLEY, Doing Business under the Assumed Name and Style of W. E. MATHES VINEGAR COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

BERKELEY COURT, INCORPORATED, Respondent, v. MARIA F. COGSWELL, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GEORGIANA S. THARP, Appellant, v. ERDLE's GARAGE, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

NORINE L. MOREHOUSE, Respondent, v. MERWIN MOREHOUSE, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.